# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
ANNA IYERUSALIMETS
aka ANNA BABITCHENKO

**SEALED**
**WARRANT FOR ARREST**

CASE NUMBER: 1:18-cr-258-EJL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ANNA IYERUSALIMETS** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. §§ 1349, 1343 - Conspiracy to Commit Wire Fraud
18 U.S.C. § 1343 - Wire Fraud
18 U.S.C. § 1341 - Mail Fraud
18 U.S.C. § 2320(a), (b)(1), (f)(1) - Conspiracy to Traffic Counterfeit Goods
18 U.S.C. § 2320(a),(b)(1), 18 U.S.C. § 2 - Trafficking in Counterfeit Goods
18 U.S.C. § 1956(h) - Conspiracy to Launder Money





United States Courts
District of Idaho
**ISSUED**
Sunny Trumbull
on Aug 17, 2018 1:28 pm

/s/ Sunny Trumbull, Deputy Clerk
Name and Title of Issuing Officer

August 17, 2018
Date

---

**RETURN**

---

This warrant was received 08-17-2018 and executed with the arrest of the above-named individual at Treasure Valley, ID.

_____    08-22-2018
Signature of Arresting Officer    Date of Arrest

C. Sheehan, FBI
Name & Title of Arresting Officer