UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAVEL BABICHENKO,<br>GENNADY BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALIE BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>　　　　Defendants. | Case No. 1:18-cr-00258-BLW<br><br>ORDER |

**ORDER**

The Court, pursuant to its Order regarding Defendant Gennady Babichenko's Motion to Continue Jury Trial or Alternatively to Withdraw and For Substitution of

ORDER - 1

Counsel (Dkt. 159), held a status conference with the Parties on January 10, 2019 for purposes of setting a trial date in this case. This Court has previously found that this case is sufficiently complex such that the Speedy Trial Act's typical seventy-day clock does not apply. Dkt. 157. Although the Speedy Trial Act's time restrictions do not apply, the Court intends to move this case swiftly to trial. Consistent with that decision, the Court has continued to apply 18 U.S.C. § 3161(h)(7)(B)(iv)'s excludable time inquiry. Dkt. 159. Accordingly,

1. NOW THEREFORE IT IS HEREBY ORDERED that under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). The statements of defense counsel establish that the trial should be reset for July 29, 2019 at 1:30 PM in the United States Courthouse in Boise, Idaho. The Court finds that the period of time between the filing of the Motion to Continue and the new trial date is excludable time under the Speedy Trial Act.

2. Co-defendants Pavel Babichenko, Piotr Babichenko, Kristina Babichenko, David Babikov, and Anna Iyerusalimets have not moved for a continuance, but do not oppose one being granted.  Defendants Timofey Babichenko, Natalya Babichenko, Mikhail Iyerusalimets, and Artur Pupko have not expressed opposition to the Motion, but also have not indicated that they affirmatively support it.  Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted."  No motion for severance has been filed.  Accordingly, IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the defendant moving for a continuance also applies to the co-defendants.  Thus, each of the Co-defendants will have their trial date moved to July 29, 2019 at 1:30 PM in the United States Courthouse in Boise, Idaho as well.

3. IT IS FURTHER ORDERED that the Court will conduct a telephonic status conference with all the Parties on January 25, 2019 at 1:30 PM Mountain Time.

4. IT IS FURTHER ORDERED that the Court will conduct an ex-parte telephonic status conference with defense counsel on January 25, 2019 at 2:15 PM Mountain Time.

DATED: January 14, 2019

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 4**