BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
TIMOTHY FLOWERS, TENNESSE STATE BAR NO. 030151
UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY
ATTORNEYS FOR THE UNITED STATES OF AMERICA
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br> GENNADY BABITCHENKO,<br> PIOTR BABICHENKO,<br> TIMOFEY BABICHENKO,<br> KRISTINA BABICHENKO,<br> NATALIE BABICHENKO,<br> DAVID BIBIKOV,<br> ANNA IYERUSALIMETS,<br> MIKHAIL IYERUSALIMETS,<br> ARTUR PUPKO,<br><br>    Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Effective February 24, 2020, the mailing address for the undersigned will change to:

**NOTICE OF CHANGE OF ADDRESS - 1**

United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID  83702

The phone numbers and e-mail addresses will not change.

Respectfully submitted this 13th day of February, 2020.

                                        BART M. DAVIS
                                        UNITED STATES ATTORNEY
                                        By:

                                        */s/ Katherine L. Horwitz*
                                        KATHERINE L. HORWITZ
                                        Assistant United States Attorney

**NOTICE OF CHANGE OF ADDRESS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13th, 2020, the foregoing **NOTICE OF CHANGE OF ADDRESS** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| Party | Method |
|---|---|
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
| JEFFREY BROWNSON<br>223 N. 6th Street<br>Boise, ID 83702<br>jb@jeffreybrownsonlaw.com<br>*Attorney for Gennady Babitchenko* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
| PAUL E. RIGGINS<br>380 South 4th Street, Ste. 104<br>Boise, ID 83702<br>rigginslaw@gmail.com<br>*Attorney for Piotr Babichenko* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
| ROB S. LEWIS<br>913 W. River Street, Ste. 430<br>Boise, ID 83702<br>office@roblewislaw.com<br>*Attorney for Timofey Babichenko* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

**NOTICE OF CHANGE OF ADDRESS - 3**

| Recipient | Method |
|---|---|
| GREG S. SILVEY<br>P.O. Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com<br>*Attorney for Kristina Babichenko* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
| J.D. MERRIS<br>913 W. River Street, Ste. 420<br>Boise, ID 83702<br>jmerris@earthlink.net<br>*Attorney for Natalya Babichenko* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
| ROBYN A. FYFFE<br>P.O. Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com<br>*Attorney for David Bibikov* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
| S. RICHARD RUBIN<br>702 W. Idaho Street, Ste. 1000<br>Boise, ID 83702<br>dick_rubin@fd.org<br>*Attorney for Anna Iyerusalimets* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

**NOTICE OF CHANGE OF ADDRESS - 4**

| | |
|---|---|
| ELLEN NICHOLE SMITH<br>P.O. Box 140857<br>Garden City, ID 83714<br>ellen@smithhorras.com<br>*Attorney for Mikhail Iyerusalimets* | ☐ United States Mail, postage prepaid<br><br>☐ Fax<br><br>☒ ECF filing<br><br>☐ Email |

*/s/ Kate Curtis*
Legal Assistant

**NOTICE OF CHANGE OF ADDRESS - 5**