FD-1057 (Rev. 5-8-10)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Controlled evidence purchase funding.  **Date:** 06/28/2018

**From:** SALT LAKE CITY
   **Contact:** SHEEHAN CHRISTOPHER T, 208-344-7843

**Approved By:** SSRA HART DOUGLAS S

**Drafted By:** SHEEHAN CHRISTOPHER T

**Case ID #:** 245H-SU-59158    (U) OPERATION RUSSIAN RUBLE;
                PA-ID-133;
                OCDETF - EURASIAN ORGANIZATIONS

**Synopsis:** (U) An EC to denote funding for the evidence purchases in this case at the request of the USAO.

**Details:**

All controlled evidence purchases in this case, either through hand to hand purchases by an FBI CHS or an FBI UCE, or FBI internet based purchases were made through FBI funding pertaining to OCDETF Operation Russian Ruble (PA-ID-133). HSI also conducted internet based purchases in 2016 where they used HSI funding. The Apple Corporation and the Samsung Corporation did not provide any funding for this case.



UNCLASSIFIED

UNDER PROTECTIVE ORDER--DO NOT DISCLOSE

REPORTS_FBI-000541