*USA v. Babichenko, et al.*
Case No. CR18-258-S-BLW
Filed in Support of Motion to Dismiss Indictment

# Docket 364, Exhibit C

**(Non-Scanable Exhibit Lodged with the Court on 2/26/2020)**