Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Melissa Winberg
Nicole Owens
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
ANNA IYERUSALIMETS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAVEL BABICHENKO, ) <br> GENNADY BABITCHENKO, ) <br> PIOTR BABICHENKO, ) <br> TIMOFEY BABICHENKO, ) <br> KRISTINA BABICHENKO, ) <br> NATALYA BABICHENKO, ) <br> DAVID BIBIKOV, ) <br> ANNA IYERUSALIMETS, ) <br> MIKHAIL IYERUSALIMETS, ) <br> ARTUR PUPKO, ) <br> ) <br> Defendants. ) | CR18-258-S-BLW <br><br> DEFENDANTS' NOTICE OF INTENT TO INTRODUCE THE EXPERT TESTIMONY OF BEN LEVITAN |

-1-

The defendants[1] through their attorneys, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) notifies the Court and the government of their intent to introduce expert testimony under Federal Rules of Evidence 702, 703, and 705.

The defendants intend to call Ben Levitan. Mr. Levitan is an expert in the following fields: cellular, wireless, broadband internet and legacy telephony, wireless, cellular and 3G/4G/LTE mobile phone systems, standards and protocols and associated GPS, location-based systems and services, wiretap and wireless 911.[2] Mr. Levitan has been working in the telecommunications industry since 1984. He has been a developer of cellular and wireless systems for more than 25 years. He currently works as a consultant in wireless, mobile and broadband telephony. He formerly held the position of Senior Manager of Global Technology Standards for Sprint Communications, and Manager of Standards and Technology for Verizon. He was a United States delegate to the United Nations committee on telecommunications (ITU-T) for 12 years.

As part of Mr. Levitan's industry experience, he developed services (and hold patents) in cell phone technology that determine the location of a cell

---

[1] This Notice is filed on behalf of Pavel Babichenko, Gennady Babitchenko, Piotr Babichenko, Timofey Babichenko, David Bibikov, Anna Iyerusalimets, and Mikhail Iyerusalimets, recognized collectively as the defendants.
[2] Mr. Levitan's curriculum vitae is attached as Exhibit A.

phone. Further, he worked for the telephone industry developing the data collection systems used in every telephone system operated in the United States. As such he is knowledgeable as to how data is created for each use of a cell phone. Mr. Levitan received Sprint/Nextel's Top Innovator Award and has ten published patents, 32 patent applications submitted, four trade secrets developed and held by Sprint, and one patent published and personally held. All his patents are in the field of cellular telephone systems and technology. Mr. Levitan is a certified NENA professional (2017) and has expertise and holds patents in the area of 911 technology. Mr. Levitan is the author of several books and articles regarding Wireless, Cellular, GPS and Satellite technology. He is a regular contributor to major network and cable news outlets as an expert in the field of cellular telephones.

Mr. Levitan has served as an expert witness in federal and state courts and has testified in civil, criminal, and administrative matters involving telephonic and other digital evidence. Mr. Levitan has the skill to explain to the triers of the fact, the design and operation of the world wide cellular network and how elements of the network, including the phone itself, inter-operate with each other to enable telecommunications services. From his experience and background he is aware of technical design, standards and operation of cellular networks. Mr. Levitan has been a key developer of the United States and worldwide cellular system for more than 25 years, being

experienced in the design of mobile systems and GPS systems and having previous experience in the evaluation of cell phone evidence. He is abundantly familiar with the design aspects and the core functionalities of cellular telephones.

In preparation for his testimony, Mr. Levitan has conducted a detailed review of relevant documents produced by the government in discovery, including cell phone information and records, government reports and memorandums, investigative reports, grand jury testimony, and the determinations by the trademark holders. He also has reviewed a portion of the physical evidence that will be used by the government at trial.

Mr. Levitan is expected to testify, among other things, regarding:

1. His education and professional background, specifically his experience conducting analyses of the system design of cell phones and network interoperation and analysis;
2. A general description of design and function of cell phone networks including detailed descriptions of the interworking of devices with the standardized worldwide network;
3. His opinion as to how the phones in this case would have operated or functioned within the cell phone network; and
4. The core elements of cell phone design as it relates to the cell phones at issue in this case.

The Defendants reserve the right to supplement the Notice as warranted prior to trial.

Dated: March 1, 2020

Respectfully submitted,

        SAMUEL RICHARD RUBIN
        FEDERAL PUBLIC DEFENDER
        By:

        /s/ Samuel Richard Rubin
        Samuel Richard Rubin
        Federal Public Defender
        Melissa Winberg
        Nicole Owens
        Federal Defender Services of Idaho
        Attorneys for Defendant
        ANNA IYERUSALIMETS

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, DEFENDANTS' NOTICE OF INTENT TO INTRODUCE THE EXPERT TESTIMONY OF BEN LEVITAN with Exhibit A, was served on all parties named below on this 1st day of March, 2020.

Kate Horwitz, Assistant United States Attorney
Office of the United States Attorney          ____ Hand Delivery
Washington Group Plaza, IV                    ____ United States Mail
800 Park Blvd., Suite 600                      X   CM/ECF Filing
Boise, ID 83712                               ____ Email Transmission
Kate.Horwitz@usa.doj.gov


John Charles DeFranco                         ____ Hand Delivery
Ellsworth, Kallas & DeFranco, PLLC            ____ United States Mail
1031 E. Park Blvd.                             X   CM/ECF Filing
Boise, ID 83712                               ____ Email Transmission
jcd@greyhawklaw.com


Jeffrey Brownson                              ____ Hand Delivery
Law Office of Jeffrey Brownson                ____ United States Mail
223 North 6th Street, Suite 215                X   CM/ECF Filing
Boise, ID 83702                               ____ Email Transmission
jb@jeffreybrownsonlaw.com


Paul E. Riggins                               ____ Hand Delivery
Riggins Law                                   ____ United States Mail
POB 5308                                       X   CM/ECF Filing
Boise, ID 83705                               ____ Email Transmission
rigginslaw@gmail.com

| | |
|---|---|
| Rob S. Lewis<br>960 Broadway #210<br>Boise, ID 83701<br>office@roblewislaw.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Greg S. Silvey<br>PO Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| J D Merris<br>Merris and Naugle<br>913 W. River St. 420<br>Boise, ID 83702<br>jmerris@cableone.net | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Robyn Fyffe<br>Fyffe Law<br>PO Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Ellen Nichole Horras Smith<br>5561 N. Glenwood St.<br>Boise, ID 83714<br>ellen@smithhorras.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |

Dated: March 1, 2020          /s/ Melissa Winberg
                              Melissa Winberg