Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Melissa Winberg
Nicole Owens
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
ANNA IYERUSALIMETS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> PAVEL BABICHENKO, ) <br> GENNADY BABITCHENKO, ) <br> PIOTR BABICHENKO, ) <br> TIMOFEY BABICHENKO, ) <br> KRISTINA BABICHENKO, ) <br> NATALYA BABICHENKO, ) <br> DAVID BIBIKOV, ) <br> ANNA IYERUSALIMETS, ) <br> MIKHAIL IYERUSALIMETS, ) <br> ARTUR PUPKO, ) <br> ) <br> Defendants.  ) | CR18-258-S-BLW <br><br> DEFENDANTS' NOTICE OF INTENT TO INTRODUCE THE EXPERT TESTIMONY OF DAVID HOWELL |

The defendants[1] through their attorneys, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) notifies the Court and the government of their intent to introduce expert testimony under Federal Rules of Evidence 702, 703, and 705.

The defendants intend to call David Howell.[2] Mr. Howell is a consultant, and brand protection and marketplace channel management strategy expert. He holds a Bachelor of Arts in Political Science from Boise State University. He is currently the managing partner of Howell & Associates, which is a full services online brand protection strategy and consultancy agency. Mr. Howell has 17 years of experience specializing in brand protection. He has published a number of articles and blogs about brand protection and e-commerce.

In preparation for his testimony, Mr. Howell has conducted a detailed review of relevant documents produced by the government in discovery, including Amazon and eBay reports, investigative reports, and grand jury testimony.

Mr. Howell is expected to testify, among other things, regarding:

1. His education and professional background, including his experience as a brand protection specialist and strategist;

---

[1] This Notice is filed on behalf of Pavel Babichenko, Gennady Babitchenko, Piotr Babichenko, Timofey Babichenko, David Bibikov, Anna Iyerusalimets, and Mikhail Iyerusalimets, recognized collectively as the defendants.
[2] Mr. Howell's curriculum vitae is attached as Exhibit A.

2. Describe brand protection programs offered by various online platforms including by Amazon and eBay, the history of these programs and their limitations;

3. Counterfeit issues as a manufacturer and as a seller and how these issues are addressed by Amazon and eBay, including problems with identifying the source of counterfeit items;

4. Programs and procedures to protect brands by working closely with United States Customs and Border Protection and the interdependence of the agency on the brands;

5. Motivations of the brands and the online platforms in making counterfeiting determinations and developing and enforcing various programs;

6. Secondary markets as it relates to brand protection;

7. Strategies utilized by brands to manage their reputation and protect against infringements and associated choices; and

8. Online marketplaces including Amazon, eBay, and Alibaba and the comparison of their practices, procedures, and protections.

The Defendants reserve the right to supplement the Notice as warranted prior to trial.

Dated: March 1, 2020

Respectfully submitted,

SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:

<u>/s/ Samuel Richard Rubin</u>
Samuel Richard Rubin
Federal Public Defender
Melissa Winberg
Nicole Owens
Federal Defender Services of Idaho
Attorneys for Defendant
ANNA IYERUSALIMETS

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, DEFENDANTS' NOTICE OF INTENT TO INTRODUCE THE EXPERT TESTIMONY OF DAVID HOWELL with Exhibit A, was served on all parties named below on this 1st day of March, 2020.

| | |
|---|---|
| Kate Horwitz, Assistant United States Attorney<br>Office of the United States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd., Suite 600<br>Boise, ID 83712<br>Kate.Horwitz@usa.doj.gov | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| John Charles DeFranco<br>Ellsworth, Kallas & DeFranco, PLLC<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Jeffrey Brownson<br>Law Office of Jeffrey Brownson<br>223 North 6th Street, Suite 215<br>Boise, ID 83702<br>jb@jeffreybrownsonlaw.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Paul E. Riggins<br>Riggins Law<br>POB 5308<br>Boise, ID 83705<br>rigginslaw@gmail.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |


-6-

| | |
|---|---|
| Rob S. Lewis<br>960 Broadway #210<br>Boise, ID 83701<br>office@roblewislaw.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Greg S. Silvey<br>PO Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| J D Merris<br>Merris and Naugle<br>913 W. River St. 420<br>Boise, ID 83702<br>jmerris@cableone.net | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Robyn Fyffe<br>Fyffe Law<br>PO Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Ellen Nichole Horras Smith<br>5561 N. Glenwood St.<br>Boise, ID 83714<br>ellen@smithhorras.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |

Dated: February 28, 2020         /s/ Melissa Winberg
                                 Melissa Winberg