Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Melissa Winberg
Nicole Owens
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile:  (208) 331-5525

Attorneys for Defendant
ANNA IYERUSALIMETS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANNA IYERUSALIMETS, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CR18-258-S-BLW <br><br> NOTICE OF JOINDER IN KRISTINA BABICHENKO'S NOTICE OF OBJECTION TO THE GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY REGARDING EURASIAN CRIMINAL ENTERPRISE AND TRANSLATION [531] |

ANNA IYERUSALIMETS, by and through her attorneys of record, Melissa Winberg and Nicole Owens of the Federal Defender Services of Idaho, gives notice that she joins in the Notice of Objection to the Government's Notice

of Intent to Introduce Expert Testimony Regarding Eurasian Criminal Enterprise and Translation filed by Defendant Kristina Babichenko (Dkt. 531).

Dated: May 26, 2020  SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:


/s/ Melissa Winberg
/s/ Nicole Owens
Melissa Winberg
Nicole Owens
Federal Defender Services of Idaho
Attorneys for Defendant
ANNA IYERUSALIMETS

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 26th day of May, 2020.

| | |
|---|---|
| Kate Horwitz, Assistant United States Attorney | |
| Office of the United States Attorney | ____United States Mail |
| 1290 Myrtle Street South, Suite 500 | ____Hand Delivery |
| Boise, ID 83702 | ____Facsimile Transmission |
| (208) 334-1211 | _X_ CM/ECF Filing |
| (208) 334-1413 – Facsimile | ____Email Transmission |
| Kate.Horwitz@us.doj.gov | |
| | |
| John Charles DeFranco | ____ Hand Delivery |
| Ellsworth, Kallas & DeFranco, PLLC | ____ United States Mail |
| 1031 E. Park Blvd. | _X_ CM/ECF Filing |
| Boise, ID 83712 | ____ Email Transmission |
| jcd@greyhawklaw.com | |
| | |
| Jeffrey Brownson | ____ Hand Delivery |
| Law Office of Jeffrey Brownson | ____ United States Mail |
| 223 North 6th Street, Suite 215 | _X_ CM/ECF Filing |
| Boise, ID 83702 | ____ Email Transmission |
| jb@jeffreybrownsonlaw.com | |
| | |
| Paul E. Riggins | ____ Hand Delivery |
| Riggins Law | ____ United States Mail |
| POB 5308 | _X_ CM/ECF Filing |
| Boise, ID 83705 | ____ Email Transmission |
| rigginslaw@gmail.com | |
| | |
| Rob S. Lewis | ____ Hand Delivery |
| 960 Broadway #210 | ____ United States Mail |
| Boise, ID 83701 | _X_ CM/ECF Filing |
| office@roblewislaw.com | ____ Email Transmission |

| | |
|---|---|
| Greg S. Silvey<br>PO Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| J D Merris<br>Merris and Naugle<br>913 W. River St. 420<br>Boise, ID 83702<br>jmerris@cableone.net | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Robyn Fyffe<br>Fyffe Law<br>PO Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |
| Ellen Nichole Horras Smith<br>5561 N. Glenwood St.<br>Boise, ID 83714<br>ellen@smithhorras.com | ____ Hand Delivery<br>____ United States Mail<br>_X_ CM/ECF Filing<br>____ Email Transmission |

Dated: May 26, 2020         /s/ Joy Fish
                            Joy Fish