Charles Peterson
FEDERAL PUBLIC DEFENDER
Melissa Winberg
Nicole Owens
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:  (208) 331-5525

Attorneys for Defendant
ANNA IYERUSALIMETS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | CR18-258-S-BLW |
| ) | | |
| Plaintiff, ) | | MOTION TO CONTINUE TRIAL |
| ) | | |
| vs. ) | | |
| ) | | |
| PAVEL BABICHENKO, ) | | |
| GENNADY BABITCHENKO, ) | | |
| PIOTR BABICHENKO, ) | | |
| TIMOFEY BABICHENKO, ) | | |
| KRISTINA BABICHENKO, ) | | |
| NATALYA BABICHENKO, ) | | |
| DAVID BIBIKOV, ) | | |
| ANNA IYERUSALIMETS, ) | | |
| MIKHAIL IYERUSALIMETS, ) | | |
| ARTUR PUPKO, ) | | |
| ) | | |
| Defendants. ) | | |

ANNA IYERUSALIMETS, by and through her attorneys of record, Melissa Winberg and Nicole Owens for the Federal Defender Services of Idaho, hereby moves this honorable Court to continue her trial, which is currently scheduled for June 21, 2021, for one week because the defense jury consultant has a conflict with the recently reset trial date.  This motion is based on the attached affidavit of counsel and is opposed by the government.[1]

The Court previously set trial for June 8, 2021, with the first week reserved for jury selection. ECF No. 716. That date was continued yesterday afternoon following a motion to continue by Piotr Babichenko. ECF Nos. 898, 903. Counsel immediately contacted the jury consultant—the only individual impacted by the change in dates—to ensure that she was available. She was not. Unfortunately, she has a previously scheduled hearing in another case, which demands her presence on June 22-24. She is, however, available either of the two following weeks. Thus, Ms. Iyerusalimets requests an extremely limited continuance to accommodate this necessary member of the defense team. As a jury consultant, her role in the case is limited. After jury selection, her services will not be required. She is the only expert whose trial time is immovable.

---

[1] As the Court is aware, however, the government did not object to a one-month continuance from the June 8 trial date. ECF No. 898.

Jury selection in this case will be a massive undertaking. Hundreds of questionnaires were sent out. Over 200 have been returned. Jury selection is complicated not only by the number of defendants and issues in this case, but also by the pandemic and the length of the proceedings. The jury consultant has experience with complex jury selection in a multi-defendant case.

The Court ordered 10 peremptory challenges (plus two for alternates) be shared by the nine defendants in this case. ECF No. 666. While it may initially appear that the defendants are similarly situated, they are not. Instead they have competing defenses and unique circumstances that warrant careful consideration in jury selection. The jury consultant will act as a necessary mediator in determining which defense peremptory challenges to exercise.

In addition, the Court is streamlining attorney-conducted voir dire. Having a jury consultant will facilitate and focus each defense team to avoid unnecessary delay and duplication.

Ms. Iyerusalimets respectfully requests the Court to continue her trial for no less than seven (7) days. Should the parties resolve this case prior to any new trial setting, the undersigned will notify the Court immediately, so it can adjust its calendar accordingly.

Dated: May 18, 2021        Respectfully submitted,
CHARLES PETERSON
FEDERAL PUBLIC DEFENDER
By:


/s/ Melissa Winberg
Melissa Winberg
Nicole Owens
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
ANNA IYERUSALIMETS

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, MOTION TO CONTINUE TRIAL, was served on all parties named below on this 18th day of May 2021.

Kate Horwitz, Assistant U.S. Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov

\_\_\_\_ Hand Delivery
\_\_\_\_ United States Mail
_X_ CM/ECF Filing
\_\_\_\_ Email Transmission

John Charles DeFranco
Ellsworth, Kallas & DeFranco, PLLC
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com

\_\_\_\_ Hand Delivery
\_\_\_\_ United States Mail
_X_ CM/ECF Filing
\_\_\_\_ Email Transmission

Jeffrey Brownson
Law Office of Jeffrey Brownson
223 North 6th Street, Suite 215
Boise, ID 83702
jb@jeffreybrownsonlaw.com

\_\_\_\_ Hand Delivery
\_\_\_\_ United States Mail
_X_ CM/ECF Filing
\_\_\_\_ Email Transmission

Paul E. Riggins
Riggins Law
POB 5308
Boise, ID 83705
rigginslaw@gmail.com

\_\_\_\_ Hand Delivery
\_\_\_\_ United States Mail
_X_ CM/ECF Filing
\_\_\_\_ Email Transmission

Rob S. Lewis
960 Broadway #210
Boise, ID 83701
office@roblewislaw.com

\_\_\_\_ Hand Delivery
\_\_\_\_ United States Mail
_X_ CM/ECF Filing
\_\_\_\_ Email Transmission

Motion to Continue Trial                    -5-

Greg S. Silvey                                    ____   Hand Delivery
PO Box 5501                                       ____   United States Mail
Boise, ID 83705                                    X    CM/ECF Filing
greg@idahoappeals.com                             ____   Email Transmission


J D Merris                                        ____   Hand Delivery
Merris and Naugle                                 ____   United States Mail
913 W. River St. 420                               X    CM/ECF Filing
Boise, ID 83702                                   ____   Email Transmission
jmerris@cableone.net


Robyn Fyffe                                       ____   Hand Delivery
Fyffe Law                                         ____   United States Mail
PO Box 5681                                        X    CM/ECF Filing
Boise, ID 83705                                   ____   Email Transmission
robyn@fyffelaw.com


Ellen Nichole Horras Smith                        ____   Hand Delivery
5561 N. Glenwood St.                              ____   United States Mail
Boise, ID 83714                                    X    CM/ECF Filing
ellen@smithhorras.com                                    Email Transmission


Dated: May 18, 2021            /s/ Sybil Davis
                               Sybil Davis


Motion to Continue Trial              -6-