Charles Peterson
FEDERAL PUBLIC DEFENDER
Melissa Winberg
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
ANNA IYERUSALIMETS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PAVEL BABICHENKO, )<br>GENNADY BABITCHENKO, )<br>PIOTR BABICHENKO, )<br>TIMOFEY BABICHENKO, )<br>KRISTINA BABICHENKO, )<br>NATALYA BABICHENKO, )<br>DAVID BIBIKOV, )<br>ANNA IYERUSALIMETS, )<br>MIKHAIL IYERUSALIMETS, )<br>ARTUR PUPKO, )<br>)<br>Defendants. ) | CR18-258-S-BLW<br><br>Affidavit In Support Of Unopposed Motion To Continue Trial |

Melissa Winberg, being first duly sworn upon oath, deposes and says:

AFFIDAVIT IN SUPPORT OF      -1-
MOTION TO CONTINUE TRIAL

1. I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. That our office has been appointed by the Court to represent Anna Iyerusalimets in this matter and trial is currently set for June 21, 2021. The new trial date was set yesterday afternoon following to a request for a continuance by Piotr Babichenko. ECF Nos. 898, 903. Previously, the trial was scheduled for June 8, 2021, with the first week reserved for jury selection. ECF No. 716. The Court ordered that peremptory challenges be shared among the nine defendants in the case. ECF No. 666. Given the limited number of challenges, the defense retained the services of a jury consultant to assist with jury selection, including streamlining voir dire and exercising peremptory challenges.

3. The jury consultant has been working diligently with defense counsel to prepare for jury selection for several months. Questionnaires have been sent to potential jurors and are being received. The jury consultant has reviewed the more than 200 questionnaires received thus far and is familiar with both the current jury pool and the unique issues in this case. Simply put, she is irreplaceable. Furthermore, it is impossible to hire another jury consultant, get them up to speed, and duplicate the work that has already been conducted a month before the current trial date.

AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL     -2-

4. Defense counsel reserved the jury consultant's time for the week of June 8 and promptly notified her once a motion to continue was filed. The Babichenko trial is not her only case as her full-time job is aiding in jury selection. Unfortunately, she is unavailable the week of June 21, 2021, because she has a hearing in *California v. Juan Carlos Vasquez Orozco, et al.*, Case No. P20CRF0480, that is scheduled June 22-24. She is available either of the following weeks (June 28 or July 6) and would be able to assist defense counsel in the jury selection for this case as she has been retained to do. Given the complexities in this case, the need for defendants to have assistance in jury selection, the limitations on voir dire and peremptory challenges, a jury consultant is critical for the defense and will streamline jury selection. A continuance is therefore necessary to ensure that jury selection proceeds in the most effective and efficient manner.

5. In connection with this request, I contacted counsel for the government, Assistant United States Attorney Kate Horwitz, who advised that the government opposes this request for a continuance. The motion is unopposed by counsel for all defendants: Gennady Babitchenko, Pavel Babichenko, Natalie Babichenko, Piotr Babichenko, Timofey Babichenko, Kristina Babichenko, David Bibikov, and Mikhail Iyerusalimets.

6. I certify that this motion is brought in good faith and not for any purpose of improper delay. I believe additional time is necessary to ensure

that Ms. Iyerusalimets receives effective assistance of counsel and a fair trial. This is Ms. Iyerusalimets's second request for a continuance. Ms. Iyerusalimets understands her rights under the Speedy Trial Act, and she waives the same with respect to any continuance granted by this Court in response to this motion. Furthermore, Ms. Iyerusalimets understands that any continuance granted will constitute excludable time under the Speedy Trial Act.

Accordingly, Ms. Iyerusalimets respectfully requests the Court to continue her trial for no less than seven (7) days.

Dated: May 18, 2021

Respectfully submitted,
CHARLES PETERSON
FEDERAL PUBLIC DEFENDER
By:

/s/ Melissa Winberg
Melissa Winberg
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
ANNA IYERUSALIMETS